UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GONZALEZ, | 1:04-cv-05547-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | **ORDER DISMISSING COMPLAINT** |
| JAMES YATES, | **ORDER TERMINATING ACTION** |
| Defendant. | |

Plaintiff, William Gonzalez ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 25, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | de novo review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1. The Findings and Recommendations, filed August 25,
8 | 2005, are ADOPTED IN FULL;
9 | 2. Plaintiff's complaint is DISMISSED pursuant to Local
10 | Rule 11-110, and for plaintiff's failure to state a claim upon
11 | which relief may be granted; and,
12 | 3. This action is therefore TERMINATED.
13 | IT IS SO ORDERED.
14 | **Dated:   September 20, 2005**             /s/ Anthony W. Ishii
   | 0m8i78                                  UNITED STATES DISTRICT JUDGE